# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FORREST ZUDELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-17-925-R |
| OKLAHOMA DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is the Report and Recommendation of U.S. Magistrate Judge Suzanne Mitchell recommending that the Court dismiss Plaintiff's pro se complaint. Doc. 45. The Court referred the matter to Judge Mitchell for review consistent with 28 U.S.C. §§ 636(b)(1)(B) and (C). Doc. 3. Judge Mitchell now recommends dismissal with prejudice of Plaintiff's complaint because he is no longer incarcerated and his claims for injunctive and declaratory relief are now moot.[1] Doc. 45. The record reflects that neither party has filed an objection to the Report and Recommendation or motion for additional time in which to object, and the time for such objections has run. Accordingly, the Report (Doc. 45) is ADOPTED and Plaintiff's complaint (Doc. 1) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 16th day of July 2018.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1] The Report mistakenly states that Plaintiff was released on August 9, 2018, but it appears that he was released on June 9, 2018. *See* https://okoffender.doc.ok.gov.